**Dismissal and Opinion Filed October 16, 2013**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-13-01173-CV

### IN THE INTEREST OF J.D.R., A CHILD

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 97-12187**

## MEMORANDUM OPINION
Before Justices FitzGerald, Francis, and Myers
Opinion by Justice Francis

This is an appeal from the trial court's July 17, 2013 child support order. Because no timely motion for new trial was filed, the notice of appeal was due August 16, 2013 or, with a timely extension motion, September 3, 2013. *See* TEX. RS. APP. P. 4.1(a), 26. Mother filed her notice of appeal on August 21, 2013, within the extension period but without an extension motion. By letter dated September 19, 2013, we directed Mother to file, within ten days, a motion to extend time to file the notice of appeal. *See id.* 10.5(b), 26.3(b); *Verburgt v. Dorner*, 959 S.W.2d 615 (Tex. 1997). Because our jurisdiction is invoked upon the timely filing of a notice of appeal, we cautioned Mother that failure to comply would result in dismissal of her appeal without further notice. *See* TEX. RS. APP. P. 25.1, 42.3(a); *Garza v. Hibernia Nat'l Bank*, 227 S.W.3d 233, 233 (Tex. App.—Houston [1st Dist.] 2007, no pet.). To date, Mother has not

responded or otherwise communicated with the Court. Accordingly, we dismiss the appeal. *See*

TEX. R. APP. P. 42.3(a).


/Molly Francis/
MOLLY FRANCIS
131173F.P05                                     JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

IN THE INTEREST OF J.D.R., A CHILD

No. 05-13-01173-CV

On Appeal from the 256th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. 97-12187.
Opinion delivered by Justice Francis.
Justices FitzGerald and Myers participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellee Jabari T. Robinson recover his costs, if any, of this appeal from appellant Starchild Neal.

Judgment entered this 16th day of October, 2013.

/Molly Francis/

MOLLY FRANCIS
JUSTICE